EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Carlos E. Rivera Rodríguez | 2006 TSPR 20<br><br>166 DPR _____ |

Número del Caso: TS-8718


Fecha: 9 de febrero de 2006


 Abogado de la Parte Peticionaria:

                    Lcdo. Fernando L. Torres Ramírez

Colegio de Abogados de Puerto Rico:

                    Lcda. María De Lourdes Rodríguez
                    Oficial Investigadora

                    Lcdo. Ángel N. Candelario Cáliz
                    Oficial Investigador

Oficina de Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora

Oficina del Procurador General:

                    Lcda. Cynthia Iglesias Quiñones
                    Procuradora General Auxiliar

                    Lcda. Zaira Z. Girón Anadón
                    Procuradora General Auxiliar

                    Lcda. Noemí Rivera De León
                    Procuradora General Auxiliar


Materia: Solicitud de Reinstalación únicamente al ejercicio de
         la abogacía.


Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Carlos E. Rivera Rodríguez          TS-8718

RESOLUCION

San Juan, Puerto Rico, a 9 de febrero de 2006.

Visto el *Informe del Procurador General*, la *Moción en Cumplimiento de Orden* del Colegio de Abogados y la *Moción Apremiante sobre Solicitud de Reinstalación*, se ordena la reinstalación del Sr. Carlos E. Rivera Rodríguez únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo